**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CLYDE FRANKLIN HOLLAND,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:16-CV-539 (MTT)** |
| | ) | |
| | ) | |
| **MACON STATE PRISON, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Pursuant to 28 U.S.C. § 1915A(a), United States Magistrate Judge Stephen Hyles has performed a preliminary screening of Plaintiff Clyde Franklin Holland's complaint. Doc. 8. The Recommendation allows Plaintiff's deliberate indifference for medical needs claims against Defendants McLaughlin, Howard, Charles and Mango and his retaliation claims against Defendants McLaughlin and Howard to proceed for further factual development. *Id.* at 1. But the Magistrate Judge recommends that Plaintiff's remaining claims be dismissed without prejudice for failure to state a claim. *Id.* Plaintiff has not objected to the Recommendation. However, long after the time for objecting, Plaintiff has moved to amend his complaint in an apparent attempt to cure some of the deficiencies noted in the Recommendation. Doc. 29. Plaintiff's motion to amend will be addressed by the Magistrate Judge.[1]

---

[1] Plaintiff has filed the same motion to amend in a separate action pending in this Court. *Holland v. McLaughlin et al.*, No. 5:16-cv-331, Doc. 27 (M.D. Ga. 2016).

The Court has reviewed the Recommendation, and the Court **ADOPTS** the findings, conclusions, and recommendations of the Magistrate Judge. Accordingly, Plaintiff's medical deliberate indifference claims against Defendants McLaughlin, Howard, Charles and Mango and Plaintiff's retaliation claims against Defendants McLaughlin and Howard may proceed for factual development. The remainder of Plaintiff's claims is **DISMISSED without prejudice** for failure to state a claim upon which relief may be granted.

       **SO ORDERED,** this 31st day of October, 2017.

                                 S/ Marc T. Treadwell
                                 MARC T. TREADWELL, JUDGE
                                 UNITED STATES DISTRICT COURT